UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BASF CORPORATION, )<br>)<br>　　Plaintiff, )<br>)<br>v. )<br>)<br>GRAHAM COLLISION CENTER, INC. )<br>and ROGER GRAHAM, )<br>)<br>　Defendants. ) | Case No. 3:10cv374<br>JUDGE TRAUGER<br>Magistrate Judge Griffin |

## DEFAULT BY CLERK

It appearing from the record in this action that Summons has been served upon Defendants Graham Collision Center, Inc. and Roger Graham, and it further appearing from the declaration of counsel for Plaintiff, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendants Graham Collision Center, Inc. and Roger Graham have failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiff's counsel, the default of Defendants Graham Collision Center, Inc. and Roger Graham is entered.

DATED:　June 8, 2010　　　　　　　　By:　s/ Keith Throckmorton
　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk