IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BASF CORPORATION, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0374 |
| ) | Judge Trauger |
| GRAHAM COLLISION CENTER, INC. and ) | |
| ROGER GRAHAM, ) | |
| ) | |
|     Defendants. ) | |

## O R D E R

The Clerk has entered a default against both defendants. (Docket No. 9) It is therefore

**ORDERED** that the initial case management conference scheduled for June 28, 2010 is

**CANCELLED**.

It is so **ORDERED**.

ENTER this 25th day of June 2010.

_____
ALETA A. TRAUGER
U.S. District Judge