# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BASF CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0374 |
| ) | Judge Trauger |
| GRAHAM COLLISION CENTER, INC. and ) | |
| ROGER GRAHAM, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within twenty (20) days of the entry of this Order.

It is so **ORDERED**.

ENTER this 21st day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge