UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BASF CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:10cv374 |
| v. ) | JUDGE TRAUGER |
| ) | Magistrate Judge Griffin |
| GRAHAM COLLISION CENTER, INC. ) | |
| and ROGER GRAHAM, ) | |
| ) | |
| Defendants. ) | |

## ~~(PROPOSED)~~ ORDER

The Court ordered the parties to file a stipulation of dismissal or other settlement document on or before May 11, 2011. The parties are in need of additional time to prepare the necessary documents and to finalize the settlement.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that a stipulation of dismissal or other settlement document shall be filed on or before May 31, 2011.

IT IS SO ORDERED.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE