# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| BASF CORPORATION, | ) |
| | ) |
| Plaintiff, | ) Case No. 3:10cv374 |
| v. | ) JUDGE TRAUGER |
| | ) Magistrate Judge Griffin |
| GRAHAM COLLISION CENTER, INC. | ) |
| and ROGER GRAHAM, | ) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

BASF Corporation, on the one hand, and Graham Collision Center, Inc. and Roger Graham ("Graham"), on the other hand, have filed a Stipulation of Dismissal with Prejudice ("Stipulation") The Court having considered the parties' Stipulation, and due to Graham's breach of its obligations under the Settlement Agreement,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that BASF Corporation is granted judgment against Graham Collision Center, Inc. and Roger Graham, in the amount of $315,035.88, plus post-judgment interest at the maximum rate allowed by law and any and all reasonable attorneys' fees and costs incurred in the enforcement of this Consent Judgment, with execution to issue.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction over any dispute between BASF Corporation and Graham Collision Center, Inc. and Roger Graham regarding the performance or enforcement of their Settlement Agreement.

DATED this 29th day of August, 2011.

_____
United States District Court Judge

The aforementioned form of Judgment against Defendants, Graham Collision Center, Inc. and Roger Graham, is approved as to form and content by:

DATED this _____ day of _____, _____.

COUNSEL FOR PLAINTIFF
BASF CORPORATION

By: _____
Chris L. Vlahos
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700 Phone
(615) 320-3737 Fax

COUNSEL FOR DEFENDANTS GRAHAM COLLISION CENTER, INC. AND ROGER GRAHAM

By: _____
Paul P. Housch
Washington Square
222 Second Avenue North, Suite 310
Nashville, Tennessee 37201

CH2\9891808.1